

ORIGINAL

CHARLES D. AXELROD (State Bar No. 39507) and
SCOTT H. YUN (State Bar No. 185190), Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Attorneys for Il-Hwan Park
Foreign Representative for TriGem Computer, Inc.

FILED
DEC 7 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

ENTERED
DEC 8 2005

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>TriGem COMPUTER, INC., a debtor in a foreign main proceeding,<br><br>Debtor. | Case No. LA 05-50052-TD<br><br>Chapter 15<br><br>**ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING**<br><br><u>Hearing</u>:<br><br>Date: December 7, 2005<br>Time: 10:30 a.m.<br>Place: Courtroom 1345 |

The chapter 15 petition filed by Il-Hwan Park (the "Foreign Representative") on behalf of TriGem Computer, Inc. ("Debtor") on November 3, 2005 (the "Petition") duly came on for hearing before the Honorable Thomas B. Donovan, Judge, United States Bankruptcy Court for the Central District of California (Los Angeles Division), on December 7, 2005 in Courtroom 1345 of the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles California, at 10:30 a.m. or as soon thereafter as counsel could be heard. Charles D. Axelrod (via telephone) and Scott Yun (in person), members of Stutman, Treister & Glatt, P.C., appeared on behalf of the Foreign Representative, with such other appearances, if any, being reflected in the record of the hearing.

The Court, having considered items (a)-(g) below, orders as set forth in paragraphs (1)-(9) below:

(a) the Petition, including, without limitation:

(i) Exhibit "A" to the Petition that contains a certified copy and a translation into English of the Decision dated June 16, 2005 (the "Decision") of the Suwon District Court, Bankruptcy Division, in case 2005 Hoe 5 Corporate Reorganization (the "CRA Proceeding"), that, among other things, provides that a corporate reorganization proceeding shall be commenced concerning the Debtor and that the Foreign Representative shall be appointed as the Receiver for the Debtor until the date on which a decision approving a corporate reorganization plan is made;

(ii) paragraphs 4 and 5 of the Statement of the Foreign Representative appearing at page 7 thereof wherein the Foreign Representative declares, respectively, that the CRA Proceeding is the only foreign proceeding involving the Debtor known to him and demonstrates that the Republic of Korea is the country in which the Debtor has its main center of interests;

(b) The Notice of Hearing On Recognition Of A Foreign Main Proceeding dated and filed on November 4, 2005 (the "Notice") to which the Petition and its exhibit are attached as Exhibit "A" to the Notice;

(c) The Declaration of Service dated and filed November 4, 2005 of Debra G. Ige relating to the Notice;

(d) The Memorandum of Points And Authorities dated November 4, 2005 and filed November 7, 2005 by Stutman, Treister & Glatt, P.C., on behalf of the Foreign Representative, in support of the Petition and recognition of the CRA Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code;

(e) The fact that no objection had been filed to the Petition or to recognition of the CRA Proceeding as a foreign main proceeding or contending that to do any of the foregoing would be manifestly contrary to the public policy of the United States;

(f) The power granted to the Court, under Bankruptcy Code section 1516(b),

to presume that the Decision is authentic; and

(g) The arguments of counsel presented at the hearing.

**NOW, THEREFORE,** the Court hereby orders as follows:

1. Notice was duly given in full compliance with Rule 2002(q)(1) of the Interim Bankruptcy Rules adopted by the Central District of California pursuant to General Order 05-02 signed by Chief Judge Barry Russell on October 3, 2005.

2. The Petition fully satisfies all aspects of section 1515 of the Bankruptcy Code.

3. Neither granting the chapter 15 petition nor thereby recognizing the CRA Proceeding as a foreign main proceeding, is manifestly contrary to the public policy of the United States.

4. The Debtor has its main center of interests in the Republic of Korea.

5. The CRA Proceeding is a foreign main proceeding within the meaning of section 1502 of the Bankruptcy Code.

6. The Foreign Representative who applied for recognition of the CRA Proceeding as a foreign main proceeding is a "person" for the purposes of section 1517(a)(2) of the Bankruptcy Code.

7. The Petition meets the requirements of section 1515 of the Bankruptcy Code.

8. The CRA Proceeding is recognized as a foreign main proceeding pursuant to section 1517(b)(2) of the Bankruptcy Code.

9. Without limiting the generality of paragraph 8 above, the commencement or continuation of any and all judicial, administrative, or other action or proceeding, including

///

///

///

///

///

the issuance or employment of process, against the Debtor in the United States is automatically stayed.

Dated: Dec 7, 2005.

THOMAS B. DONOVAN
United States Bankruptcy Court

Presented by:

CHARLES D. AXELROD, a Member of
STUTMAN, TREISTER & GLATT
Attorneys for Il-Hwan Park
Foreign Representative for TriGem Computer, Inc.

| In re (SHORT TITLE) | CHAPTER 15 CASE NUMBER: |
|---|---|
| **TriGem COMPUTER, INC., a debtor in a foreign main proceeding,** Debtor. | LA-05-50052-TD |

**NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING**

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled (specify):

   **ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING**

   was entered on DEC 08 2005.

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on DEC 08 2005:

Dated: DEC 08 2005

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

Wanda G. Toliver

By: ______________________
Deputy Clerk

Service List
Doc. No. 382739
(As of 11/1705)

Debtor:
TriGem Computer, Inc.
1125-1 Shinhil-dong, Danwon-gu
Ansan –city
Kyunggi-Do
425-839, Korea

Administrator:
Il-Hwan Park
201-204 Shinshigaji Apt.
Mok 6-dong
Yangchun-gu
Seoul, Republic of Korea

Charles D. Axelrod, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars
Suite 1200
Los Angeles, CA 90067

Parties to Litigation:

Robert Miles
c/o Robert C. Schubert, Esq.
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111

Toshiba Corporation
c/o Evan Finkel, Esq./Nadine Youssef, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figuera Street, Suite 2800
Los Angeles, CA 90017-5406

David Packard
5870 Jefferson Street
Vidor, TX 77662

John E. Hock
2002 Solitude Cove
Round Rock, TX 78664

Gary N. Reger, Esq.
Orgain, Bell & Tucker
470 Orleans
Beaumont, TX 77701

Law Office of L. DeWayne Layfield
P.O. Box 3829
Beaumont, TX 77704-3829

The Reaud Law Firm
801 Laurel
Beaumont, TX 77701

Hubert Oxford, III, P.C.
3535 Calder, 3rd Floor
Beaumont, TX 77706

The Dodd Law Firm
P.O. Box 3504
Beaumont, TX 77704-5304

Joseph C. Blanks, P.C.
P.O. Drawer 999
Doucette, TX 75942

Party Requesting Special Notice:
Hewlett-Packard Company
c/o Ellen A. Friedman, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105